**Order entered November 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01303-CV

### JOHN WILLIAMS, Appellant

### V.

### DART TRANSIT, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00720-B**

## ORDER

Before the Court is John Williams's November 20, 2015 "Motion for Civil Rights 3/5 of a person's rights,"  which we construe as a Motion for Rehearing of our November 13, 2015 order denying Williams's request to participate in oral argument.  As noted in our previous November 13, 2015 and November 16, 2015 orders, the Court has determined oral argument will not significantly aid it in determining the legal and factual issues presented in this appeal. Accordingly, we **DENY** Williams's November 20, 2015 motion for rehearing.  No further motions pertaining to a request by Williams to present oral argument at the January 19, 2016 submission of this appeal will be entertained by the Court.

/s/      ROBERT M. FILLMORE
PRESIDING JUSTICE